IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

        Plaintiff,                    No. CIV S-06-1595 MCE DAD P

   vs.

HOOK, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file a status report pursuant to the court's order of September 18, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 16, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a status report.  Defendants' status report shall be filed within thirty days thereafter.

DATED: October 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
edwa1595.36(2)