IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

    Plaintiff,                                  No. CIV S-06-1595 MCE DAD P

    vs.

C/O HOOK, et al.,

    Defendant.                               ORDER

_____/

        On May 19, 2008, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion. Plaintiff has, however, filed a letter in which he alleges that prison officials destroyed his property, including his legal correspondence, because he had too much property in his cell and had insufficient funds to send his property home.

        In light of the circumstances described in plaintiff's letter, the court will grant him a thirty-day extension of time to file an opposition to defendants' motion for summary judgment. Plaintiff is advised that Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
2 date of this order, plaintiff shall file an opposition, if any, to defendants' May 19, 2008 motion
3 for summary judgment.  Failure to file an opposition or seek an extension of time to do so will be
4 deemed as a statement of non-opposition and may result in a recommendation that this action be
5 dismissed pursuant Federal Rule of Civil Procedure 41(b).
6 DATED: July 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1595.46opp