IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

      Plaintiff,                           No. CIV S-06-1595 MCE DAD P

    vs.

C/O HOOK, et al.,

      Defendants.              ORDER

_____/

        Under the court's scheduling order, plaintiff's pretrial statement is due on August 22, 2008, and defendants' pretrial statement is due on August 29, 2008. Pretrial conference is set for September 5, 2008, and jury trial is set for March 23, 2009. Pending before the court is defendants' motion for summary judgment.

        Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's December 5, 2007 scheduling order will remain in effect.

        Also pending before the court is plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, plaintiff's request will be granted.

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. The court's scheduling order dates related to pretrial statements (August 22, 2008 and August 29, 2008), pretrial conference (September 5, 2008), and jury trial (March 23, 2009) are vacated;

3  2. The remainder of the court's December 5, 2007 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon;

4  3. Plaintiff's August 1, 2008 request for an extension of time is granted; and

5  4. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
edwa1595.41mod

2