IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

      Plaintiff,                    No. CIV S-06-1595 MCE DAD P

     vs.

C/O HOOK, et al.,

      Defendants.         <u>ORDER</u>

                             /

        On September 4, 2008, plaintiff filed a request for a nunc pro tunc extension of time to file a pretrial statement, together with his pretrial statement. Plaintiff is advised that, on August 12, 2008, the court vacated scheduling order dates related to pretrial statements, pretrial conference, and jury trial in light of defendants' pending motion for summary judgment. The court will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 4, 2008 request for a nunc pro tunc extension of time to file a pretrial statement (Doc. No. 47) is denied as unnecessary; and

/////

/////

1

2. Plaintiff's September 4, 2008 pretrial statement (Doc. No. 46) shall be placed in the court file and disregarded.

DATED: September 11, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1595.pts