IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

    Plaintiff,                   No. CIV S-06-1595 MCE DAD P

    vs.

C/O HOOK, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, housed at California State Prison (CSP) - Solano, proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. During the week of October 27, 2008, U.S. Magistrate Judge Nandor Vadas of the Northern District of California (cross-designated for settlement purposes in the Eastern District of California), will be available for settlement conferences at CSP-Solano. This case is referred to Magistrate Judge Vadas to conduct a settlement conference.

        IT IS THEREFORE ORDERED that:

        1. This case is set for settlement conference on October 29, 2008 at CSP-Solano, 2200 Peabody Road, Vacaville, California.

        2. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California

95501-1038.

        3.  Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings.

        4.  The parties are directed to mail confidential settlement conference statements to Magistrate Judge Vadas so that they reach him by October 22, 2008.

DATED: October 3, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1595.sc