IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

       Plaintiff,                    No. CIV S-06-1595 MCE DAD P

    vs.

C/O HOOK, et al.,

       Defendants.        ORDER

            All parties have stipulated that this action be dismissed with prejudice.
Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: December 2, 2008.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1595.59c